WALSH v. HANAN et al. (Supreme Court, Appellate Division, Second Department. October 22, 1903.) Action by Bridget Walsh, administratrix of Johanna Brogan, as adminis-

tratrix de bonis non of Michael Walsh, deceased, against John H. Hanan and others. No opinion. Motion for reargument granted, and cause set down for Wednesday, November 11, 1903.